IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>*Plaintiff*,<br><br>*v.*<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Civil Action No. 1:22-cv-00149 (TNM) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of September 13, 2022, the parties hereby submit a Joint Status Report ("JSR"), which includes the parties' joint proposal for further proceedings.

1. This lawsuit concerns Plaintiff's September 13, 2021 Freedom of Information Act ("FOIA") requests, seeking, from four components of Defendant U.S. Department of Justice ("DOJ")—the Federal Bureau of Investigation ("FBI"), the U.S. Marshals Service ("USMS"), the Drug Enforcement Administration ("DEA"), and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") (collectively, the "agencies")—records related to the agencies' respective body-worn camera ("BWC") policies, and each agency's implementation and oversight of the same. *See* Complaint, Dkt. No. 1.

2. USMS has completed its search and has made two interim productions, on September 9, 2022 (consisting of 35 pages), and November 28, 2022 (consisting of 161 pages). USMS is continuing to process the approximately 684 remaining pages of potentially responsive documents returned by its searches, and anticipates making a further interim production of

responsive, non-exempt records on or before January 31, 2023.

3. ATF has completed its search and has made three interim productions, on September 27, 2022 (consisting of 8 pages); October 27, 2022 (consisting of 372 pages); and November 29, 2022 (consisting of 58 pages). ATF is continuing to process the approximately 1,792 remaining pages of potentially responsive documents returned by its searches, and anticipates making a further interim production of responsive, non-exempt records by December 29, 2022.

4. DEA made a first and final production, consisting of 30 processed pages in total (6 of which were produced in part, and 24 of which DEA notified Plaintiff are being withheld in full) on November 2, 2022. Additionally, DEA has referred an additional 22 pages to the DOJ Justice Management Division ("JMD") and Executive Office for United States Attorneys ("EOUSA"). JMD and EOUSA will process these referred records and provide a direct response to Plaintiff.

5. FBI has completed its search and anticipates making an interim release of any responsive, non-exempt records from the first batch of 500 reviewed pages on January 31, 2023 with monthly rolling productions to follow, on the last day of each month, until such time as processing is complete.

6. The parties have conferred, and in light of the above-described circumstances, jointly propose that they file a further Joint Status Report on or before March 13, 2023, in which the agencies will provide updates on the progress of their efforts to search for and process responsive documents, and the parties will propose a schedule for further proceedings.

Respectfully submitted,

 /s/ Laura Iheanachor                              BRIAN NETTER
LAURA IHEANACHOR                          Deputy Assistant Attorney General
(D.C. BAR NO. 1782056)
NIKHEL S. SUS                                        MARCIA BERMAN

| | |
|---|---|
| (D.C. Bar No. 1017937)<br>CITIZENS FOR RESPONSIBILITY AND<br>ETHICS IN WASHINGTON<br>1331 F Street NW, Suite 900<br>Washington, DC 20004<br>Telephone: (202) 408-5565<br>Fax: (202) 588-5020<br>liheanachor@citizensforethics.org<br><br>*Counsel for Plaintiff* | Assistant Branch Director<br><br>*/s/ Antonia Konkoly*<br>Antonia Konkoly<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St., NW<br>Washington, DC  20005<br>(202) 514-2395 (direct)<br>(202) 616-8470<br>antonia.konkoly@usdoj.gov<br><br>*Counsel for Defendant* |

DATED: December 8, 2022