IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>*Plaintiff*,<br><br>*v.*<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Civil Action No. 1:22-cv-00149 (TNM) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of September 8, 2023, the parties hereby submit a Joint Status Report ("JSR"), which includes the parties' joint proposal for further proceedings.

1. This lawsuit concerns Plaintiff's September 13, 2021 Freedom of Information Act ("FOIA") requests, seeking, from four components of Defendant U.S. Department of Justice ("DOJ")—the Federal Bureau of Investigation ("FBI"), the U.S. Marshals Service ("USMS"), the Drug Enforcement Administration ("DEA"), and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") (collectively, the "agencies")—records related to the agencies' respective body-worn camera ("BWC") policies, and each agency's implementation and oversight of the same. *See* Complaint, Dkt. No. 1.

2. In the parties' last JSR, filed on December 11, 2023, ATF, USMS, and DEA reported that each agency had completed processing and production in this matter. *See* Dkt. No. 20 ¶ 2.

3. In the interim since the parties' last JSR, ATF discovered that, due to administrative

1

error, 454 responsive pages that were meant to be sent out for consultation to other DOJ components were not, in fact, sent as intended. ATF promptly corrected the error upon discovery, and all of these consultations were sent out to the relevant components on January 29, 2024. ATF further contemporaneously informed Plaintiff of its discovery of this error, and that remedial action had been promptly taken. Thus, ATF has not yet completed production, and upon return of the 454 outstanding pages from the various other DOJ components that are presently being consulted, will complete processing and make any further required productions to Plaintiff.

4. FBI has completed its search and has now made 14 interim productions, including, in the interim since the parties' last JSR, on December 22, 2023; January 31, 2024; and February 29, 2024. FBI anticipates that it will continue to process at least 500 pages per month and make monthly rolling productions on the last business day of each month, until such time as processing is complete.

5. The parties have conferred, and in light of the above-described circumstances, jointly propose that they file a further Joint Status Report on or before June 10, 2024, in which the agencies will provide updates on the progress of their efforts to process responsive documents, and the parties will propose a schedule for further proceedings, if necessary.

Respectfully submitted,

 /s/ Laura Iheanachor
LAURA IHEANACHOR
(D.C. Bar No. 1782056)
NIKHEL S. SUS
(D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
1331 F Street NW, Suite 900
Washington, DC 20004
Telephone: (202) 408-5565
Fax: (202) 588-5020

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

MARCIA BERMAN
Assistant Branch Director

/s/ Antonia Konkoly
Antonia Konkoly
Trial Attorney
U.S. Department of Justice

| | |
|---|---|
| liheanachor@citizensforethics.org | Civil Division, Federal Programs Branch<br>1100 L St., NW |
| *Counsel for Plaintiff* | Washington, DC  20005<br>(202) 514-2395 (direct)<br>(202) 616-8470<br>antonia.konkoly@usdoj.gov |
| | *Counsel for Defendant* |

DATED: March 11, 2023